UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CJ BETTIS,

        Petitioner,

v.

WARDEN, FCI Sandstone,

        Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 22-cv-02283 (MJD/DJF)

CJ Bettis, Petitioner, pro se.

Ana H. Voss, Assistant United States Attorney, Kristen Elise Rau, Department of Justice-United States Attorney's Office, Counsel for Respondent.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed January 24, 2024. [Doc. 20.] Petitioner filed objections to the Report and Recommendation. [Doc. 21.] Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Foster.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed January 24, 2024.  **[Doc. 20.]**  Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 28, 2024                               s/Michael J. Davis                          
                                                                Michael J. Davis
                                                                United States District Court